CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Luisa Tamez (Bar No. 5434469)[1]
(E-Mail: Luisa_Tamez@fd.org)
Deputy Federal Public Defender
3801 University Avenue, Suite 700
Riverside, California 92501
Telephone: (951) 276-6346
Facsimile: (951) 276-6368

Attorneys for Defendant
AMANDA RACHELLE CALKINS

**cc: USPO**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMANDA RACHELLE CALKINS,<br><br>　　　　　Defendant. | Case No. ED23-CR-00056-SSS<br><br>**ORDER TO CONTINUE SUPERVISED RELEASE**<br><br>Current Hearing Date: June 23, 2023 at 9:00 a.m.<br><br>Proposed Hearing Date: June 30, 2023 at 9:00 a.m. |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the preliminary supervised release hearing in this case is continued from June 23, 2023 to June 30, 2023 at 9:00 a.m.

DATED: June 20, 2023

_____
HONORABLE SUNSHINE S. SYKES
United States District Judge

Presented by:

*/s/ Luisa Tamez*
LUISA TAMEZ
Deputy Federal Public Defender

---

[1] Luisa Tamez is a government attorney and a member of the New York State Bar. Ms. Tamez has been admitted to practice before the United States District Court for the Central District of California.