```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                                  APR 2 3 2025
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00056-SSS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| AMANDA RACHELLE CALKINS, | |
| Defendant. | |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current allegations, including repeated use of illegal drugs, leaving residential treatment program, and failing to report change of address; repeated prior violations of conditions of supervision; nature of underlying conviction; criminal history_

1    and

2  B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3       convincing evidence that he is not likely to pose a danger to the safety of any other
4       person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is
5       based on: *nature of current allegations, including repeated use of illegal drugs, leaving residential*
6       *treatment program, and failing to report change of address; repeated prior violations of conditions of*
7       *supervision; nature of underlying conviction; criminal history*

9       IT THEREFORE IS ORDERED that the defendant be detained pending further
10  revocation proceedings.

12  Dated: April 23, 2025

                                        _____
                                        JOHN D. EARLY
                                        United States Magistrate Judge

2